UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING, SR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M.D. BITER, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00414-LJO-SAB (PC)<br><br>ORDER DISMISSING CERTAIN DEFENDANTS FROM ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR INITIATION OF SERVICE OF PROCESS<br><br>[ECF Nos. 12, 14, 15] |

　　　　Plaintiff Larry Donnell King, Sr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On January 28, 2016, the Court screened Plaintiff's first amended complaint and found that Plaintiff stated a cognizable failure to protect claim against Defendants Tarnoff, Tallerico, Acebedo, Castro, and Lawless (relating to an attack on August 10, 2011), and against Defendant Biter (relating to an attack in January 2014).  (ECF No. 14.)  However, Plaintiff did not state any other cognizable claims against any other Defendants, specifically, D. Foston and B. Daveiga.  (Id.)  The Court granted Plaintiff the opportunity to either file a second amended complaint or notify the Court of his intent to proceed only on claims found to be cognizable.  (Id.)  On February 8, 2016, Plaintiff notified the Court that he did not wish to amend the complaint and is willing to proceed only on the claims found to be cognizable.  (ECF No. 15.)

Accordingly, it is HEREBY ORDERED that:

1. This action shall proceed on Plaintiff's failure to protect claims against Defendants Tarnoff, Tallerico, Acebedo, Castro and Lawless (relating to an attack on August 10, 2011), and against Defendant Biter (relating to an attack in January 2014);
2. All other claims and Defendants are dismissed from the action for failure to state a cognizable claim for relief; and
3. The matter is referred back to the assigned magistrate judge for initiation of service of process.

IT IS SO ORDERED.

Dated:   **February 11, 2016**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

4.