UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING, SR., <br><br> Plaintiff, <br><br> v. <br><br> M.D. BITER, et al., <br><br> Defendants. | Case No.: 1:15-cv-00414-LJO-SAB (PC) <br><br> ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANT TALLERICO PURSUANT TO ORDER DATED JANUARY 30, 2017, AND DIRECTING DEFENDANTS TARNOFF, ACEBEDO, CASTRO, LAWLESS AND BITER TO FILE A RESPONSE TO COMPLAINT WITHIN TWENTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER <br><br> [ECF Nos. 33 & 34] |

Plaintiff Larry Donnell King, Sr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 30, 2017, Defendants' motion to dismiss was granted in part and denied in part, and Plaintiff was granted thirty days to file an amended complaint as to Defendant Tallerico. (ECF No. 33.)

On February 13, 2017, Plaintiff filed a notice of his intent not to file an amended complaint and to proceed on the claims against Defendants Tarnoff, Acebedo, Castro, Lawless and Biter. (ECF No. 34.)

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to terminate Defendant Tallerico pursuant to the Court's January 30, 2017, order; and

2. Within twenty (20) days from the date of service of this order, Defendants Tarnoff, Acebedo, Castro, Lawless and Biter shall file a response to the first amended complaint.

IT IS SO ORDERED.

Dated: **February 15, 2017**

UNITED STATES MAGISTRATE JUDGE