UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING, SR.,<br><br>    Plaintiff,<br><br>v.<br><br>M.D. BITER, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00414-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ADJUDICATION AND SETTLEMENT OF THE CASE<br><br>[ECF No. 51] |

Plaintiff Larry Donnell King, Sr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 26, 2017, Plaintiff filed a motion for adjudication and settlement of the instant case. Plaintiff is advised that settlement offers and/or negotiations between the parties shall not be filed with the Court. If both parties believe a settlement conference will be beneficial, they may contact the Court and a settlement conference will be arranged. Accordingly, Plaintiff's motion for adjudication and settlement of the case is denied.

IT IS SO ORDERED.

Dated:   **July 27, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1