# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING, SR.,<br><br>   Plaintiff,<br><br> v.<br><br>M.D. BITER, et al.,<br><br>   Defendants. | Case No.: 1:15-cv-00414-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE AN EXHAUSTION-RELATED MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 58] |

  Plaintiff Larry Donnell King, Sr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

  Currently before the Court is Defendants' motion to extend the time to file an exhaustion-related motion for summary judgment, filed November 9, 2017.

  Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants are granted to and including February 5, 2018, to file an exhaustion-related motion for summary judgment. All other provisions and deadlines set forth in the Court's August 23, 2017 scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated: **November 22, 2017**

               UNITED STATES MAGISTRATE JUDGE

1