# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING, SR., | ) Case No.: 1:15-cv-00414-LJO-SAB (PC) |
| Plaintiff, | ) **<u>AMENDED SCHEDULING ORDER</u>** |
| v. | ) Discovery Deadline: **August 2, 2019** |
| M.D. BITER, et al., | ) Dispositive Motion Deadline: **October 2, 2019** |
| Defendants. | ) |

Plaintiff Larry Donnell King, Sr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 22, 2019, the United States Court of Appeals for the Ninth Circuit reversed and remanded this case finding that Plaintiff exhausted his claim that Defendants failed to protect him from an attack by another inmate. (ECF No. 84.) The mandate issued on April 1, 2019. (ECF No. 86.) In light of the finding that Plaintiff exhausted his failure to protect claim, the Court will issue an amended scheduling order for merits-based discovery and the filing of dispositive motions.

///
///
///
///
///

1

Accordingly, it is HEREBY ORDERED that:

1. The deadline for completion of all merits-based discovery is **August 2, 2019**;
2. The deadline for filing dispositive motions is **October 2, 2019**; and
3. All other substantive provisions of the Court's August 23, 2017, discovery and scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated: **April 2, 2019**

UNITED STATES MAGISTRATE JUDGE