

FILED

JUL 12 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING, SR., </br></br> Plaintiff, </br></br> v. </br></br> M.D. BITER, et al., </br></br> Defendants. | Case No. 1:15-cv-00414-LJO-SAB (PC) </br></br> ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE LARRY DONNELL KING, SR., CDCR #J-30173 |

A settlement conference in this matter commenced on July 12, 2019. Inmate Larry Donnell King, Sr., CDCR #J-30173 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 7/12/19

_____
UNITED STATES MAGISTRATE JUDGE