# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING, SR., <br><br> Plaintiff, <br><br> v. <br><br> M.D. BITER, et al., <br><br> Defendants. | Case No.: 1:15-cv-00414-LJO-SAB (PC) <br><br> ORDER APPROVING PARTIES' STIPULATION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES <br><br> [ECF No. 95] |

Plaintiff Larry Donnell King, Sr. is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 23, 2019, the parties submitted a stipulation to extend the discovery and dispositive motion deadlines. (ECF No. 95.)

Good cause having been presented to the Court, it is HEREBY ORDERED that the discovery deadline is extended to **March 30, 2020**, and the dispositive motion deadline is extended to **June 1, 2020**. No further extensions of time will be granted absent extraordinary circumstances, not present here.

IT IS SO ORDERED.

Dated: **September 24, 2019**

UNITED STATES MAGISTRATE JUDGE

1