# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| LARRY DONNELL KING, SR., | ) Case No.: 1:15-cv-00414-NONE-SAB (PC) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER DISMISSING DEFENDANTS J. CASTRO AND C. LAWLESS PURSUANT TO PARTIES' STIPULATION |
| M.D. BITER, et al., | ) |
| | ) (ECF No. 105) |
| Defendants. | ) |

Plaintiff Larry Donnell King, Sr. is appearing *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 1, 2020, the parties filed a stipulation to voluntarily dismiss Defendants J. Castro and C. Lawless pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, pursuant to the parties' stipulation, Defendants J. Castro and C. Lawless are HEREBY DISMISSED from the action.

IT IS SO ORDERED.

Dated: **April 2, 2020**

UNITED STATES MAGISTRATE JUDGE

1