# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING, SR., <br><br> Plaintiff, <br><br> v. <br><br> M.D. BITER, et al., <br><br> Defendants. | Case No.: 1:15-cv-00414-NONE-SAB (PC) <br><br> ORDER GRANTING PARTIES' REQUEST TO EXTEND THE DISPOSITIVE MOTION DEADLINE <br><br> [ECF No. 103] |

Plaintiff Larry Donnell King, Sr. is appearing *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Pursuant to the parties stipulation, and good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to July 31, 2020.

IT IS SO ORDERED.

Dated:   **May 26, 2020**

UNITED STATES MAGISTRATE JUDGE