UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING, SR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M.D. BITER, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00414-NONE-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION TO WITHDRAW PLAINTIFF'S MOTIONS TO COMPEL<br><br>(ECF Nos. 112, 114, 115) |

　　　　Plaintiff Larry Donnell King, Sr. is appearing *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 28, 2020, the parties filed a stipulation to withdraw Plaintiff's two motions to compel. (ECF No. 115.)  Pursuant to the stipulation, "[a]fter meeting and conferring about the underlying discovery requests, Plaintiff's counsel accepted Defendants' counsel's proposal and Plaintiff agreed to and hereby withdraws his pending motions (ECF Nos. 11[2] and 114)."  (ECF No. 115 ¶ 3.)

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　The parties' stipulation filed on July 28, 2020 is approved;

　　　　2.　　Plaintiff's motions to compel (ECF Nos. 112, 114) are deemed withdrawn; and

　　　　3.　　The hearing set for August 5, 2020 at 10:00 a.m. is VACATED.

IT IS SO ORDERED.

Dated:　**July 28, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1