1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

LARRY DONNELL KING, SR.,                 )  Case No.: 1:15-cv-00414-NONE-SAB (PC)
                                          )
             Plaintiff,                   )  ORDER APPROVING PARTIES' STIPULATION
                                          )  TO CONTINUE THE MOTION FOR SUMMARY
      v.                                  )  JUDGMENT HEARING AND BRIEFING
                                          )  SCHEDULE
M.D. BITER, et al.,                       )
                                          )  (ECF No. 120)
             Defendants.                  )
                                          )
                                          )

Plaintiff Larry Donnell King, Sr. is appearing *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 8, 2020, the parties filed a stipulation to continue the motion for summary judgment hearing and briefing schedule.  Plaintiff's counsel submits that he has been diligent in preparing the opposition to the motion and has also been preparing for and taking numerous depositions in three other cases during the last three weeks.

Based on the parties' stipulation, it is HEREBY ORDERED that the motion for summary judgment hearing is continued to October 7, 2020, Plaintiff's opposition to the motion is due September 16, 2020, and Defendants reply is due September 30, 2020.

IT IS SO ORDERED.

Dated:   **September 9, 2020**                    _____
                                                 UNITED STATES MAGISTRATE JUDGE

1