UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING, SR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M.D. BITER, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00414-NONE-SAB (PC)<br><br>ORDER VACATING HEARING SET FOR OCTOBER 7, 2020<br><br>(ECF No. 121) |

　　　　Plaintiff Larry Donnell King, Sr. is appearing *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 31, 2020, Defendant filed a motion for summary judgment. Plaintiff filed an opposition on September 16, 2020, and Defendant filed a reply on September 30, 2020.

　　　　At this time, the Court finds the motion suitable for decision on the moving papers. Therefore, the matter is taken under submission and the hearing set for October 7, 2020, is HEREBY VACATED, to be rescheduled if deemed necessary by the Court.

IT IS SO ORDERED.

Dated: **October 5, 2020**

　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1