**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY DONNELL KING, SR., | ) Case No.: 1:15-cv-00414-NONE-SAB (PC) |
| Plaintiff, | ) |
| | ) ORDER DISMISSING DEFENDANTS J. |
| v. | ) ACEBEDO AND D. TARNOFF PURSUANT |
| | ) TO PARTIES' STIPULATION |
| M.D. BITER, et al., | ) |
| | ) (ECF No. 116) |
| Defendants. | ) |
| | ) |

Plaintiff Larry Donnell King, Sr. is appearing *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 28, 2020, the parties filed a stipulation to voluntarily dismiss Defendants J. Acebedo and D. Tarnoff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, pursuant to the parties' stipulation, Defendants J. Acebedo and D. Tarnoff are HEREBY DISMISSED from the action, without prejudice.

IT IS SO ORDERED.

Dated: __**January 13, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28