UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING, SR., | Case No.: 1:15-cv-00414-JLT-SAB (PC) |
| Plaintiff, | |
| v. | ORDER FOR PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |
| M.D. BITER, et al., | (Doc. No. 134) |
| Defendants. | |

Plaintiff Larry Donnell King, Sr. is appearing *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is represented by Jeff Dominic Price. This action proceeds against defendant M.D. Biter for failure to protect in violation of the Eighth Amendment. This matter is set for a telephonic trial confirmation hearing on March 30, 2022, at 8:15 a.m. before District Judge Jennifer L. Thurston.

On July 16, 2021, the court issued a second scheduling order directing plaintiff to file, among other things, his pretrial statement on or before January 28, 2022. (Doc. No. 134.) The deadline for plaintiff's pretrial statement has expired, and plaintiff has failed to comply with the Court's scheduling order or to otherwise communicate with the court.

///

///

///

Accordingly, plaintiff is HEREBY ORDERED to show cause by written response why this action should not be dismissed, with prejudice, for failure to obey the court's order and for failure to prosecute. Plaintiff's response is due within **ten (10) days** from the date of service of this order. **If Plaintiff fails to file a response, or the response does not demonstrate good cause, the undersigned will recommend dismissal of the action.**

IT IS SO ORDERED.

Dated:   **February 2, 2022**

UNITED STATES MAGISTRATE JUDGE