UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>M.D. BITER, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00414-JLT-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING PLAINTIFF TO FILE A PRETRIAL STATEMENT ON OR BEFORE FEBRUARY 10, 2022<br><br>(ECF No. 140) |

Plaintiff Larry Donnell King, Sr. is appearing *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant M.D. Biter for failure to protect in violation of the Eighth Amendment. This matter is set for a telephonic trial confirmation hearing on March 30, 2022, at 8:15 a.m. before District Judge Jennifer L. Thurston.

On July 16, 2021, the Court issued a second scheduling order directing Plaintiff to file, among other things, his pretrial statement on or before January 28, 2022. (Doc. No. 134.) Plaintiff failed to comply with the deadline, and an order to show cause was issued on February 2, 2022. (ECF No. 140.)

On February 3, 2022, Plaintiff filed a response to the order to show cause. (ECF No. 141.) Based on the showing of good cause present in Plaintiff's response, the Court will discharge the order to show cause without issuance of sanctions and grant Plaintiff seven days to file his pretrial

statement. However, Plaintiff is cautioned that the failure to comply with any future deadlines may result in the imposition of sanctions. Fed. R. Civ. P. 41(b); Local Rule 110.

IT IS SO ORDERED.

Dated:   **February 3, 2022**

UNITED STATES MAGISTRATE JUDGE