**Jeff Dominic Price JDP PC  |  SBN 165534**
730 Arizona Avenue, Suite 200
Santa Monica, California 90401
jdp@jdpfirm.com
310.451.2222

Attorney for the Plaintiff

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY D. KING, <br><br> Plaintiff, <br><br> vs. <br><br> M. D. BITER et al., <br><br> Defendants. | Case No. 1:15-CV-00414-JLT-SAB <br><br> STIPULATION TO CONTINUE PRETRIAL DATES REFLECTING CHANGED TRIAL DATE; ORDER |

To:   The Honorable Jennifer L. Thurston, U.S. District Judge:

WHEREAS, the parties have met and conferred, and, given the change in the trial date to February 27, 2023, and that counsel for plaintiff will be out of the country from December 11-22, 2022, the parties agree and stipulate, in the interests of justice, to continue the pretrial dates as reflected below:

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF AND THE DEFENDANT, that the following pretrial dates as provided in the Pretrial Order (ECF No. 160)[1] should be continued as follows:

                                                    Old Date          New Date

---

[1] As to which the parties are awaiting rulings on their pending objections (ECF Nos. 161, 162, 165 and 166).

| | | | | |
|---|---|---|---|---|
| 1. | Exchange of trial exhibits | | 12/15/22 | **01/06/23** |
| 2. | Exchange jury instructions, verdict form | | 12/21/22 | **01/13/23** |
| 3. | MILs due & Meet and confer Re Trial Exhibits and Jury Instructions | | 12/28/22 | **01/20/23** |
| 4. | MIL oppositions; lodge depositions, Discovery and proposed voir dire | | 01/11/23 | **02/03/23** |
| 5. | Reply to MILs | | 01/18/23 | **02/14/23** |
| 6. | File agreed upon jury instructions, Verdict form & disputed jury instructions | | 01/04/23 | **02/17/23** |
| 7. | Parties shall deliver 3 sets of exhibit Binders to the court | | 01/18/23 | **02/17/23** |
| 8. | Trial Briefs (Optional) | | 01/23/23 | **02/20/23** |

IT IS SO STIPULATED:

DATED: December  2 , 2022,            Respectfully Submitted,

                                      JEFF DOMINIC PRICE
                                              /s/ Jeff Dominic Price
                                      Jeff Dominic Price
                                      Attorney for Plaintiff

DATED: December  2 , 2022,            Respectfully Submitted,
                                      ROB BONTA
                                      ATTORNEY GENERAL

                                              /s/ Juliet M. Lompa           [2]
                                      JULIET M. LOMPA
                                      Deputy Attorney General
                                      Attorneys for Defendants

IT IS SO ORDERED.

Dated: **December 13, 2022**

UNITED STATES DISTRICT JUDGE

---

[2] I, Jeff Dominic Price, attest that counsel gave her permission to affix her electronic signature to this Stipulation and Proposed Order, on December  2 , 2022.