UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNEL KING,<br><br>    Plaintiff,<br><br>v.<br><br>M.D. BITER,<br><br>    Defendant. | Case No. 1:15-cv-00414-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE CHAD ELIE**, CDCR # F39499<br><br>DATE: February 28, 2023<br>TIME:  8:30 a.m. |

  **Inmate Chad Elie, CDCR # F39499**, a necessary and material witness in a jury trial on February 28, 2023, at 8:30 a.m., is confined at California Medical Facility, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear in person at the United States District Court for the Eastern District of California, Fresno Division before District Judge Jennifer L. Thurston** on February 28, 2023, at 8:30 a.m..

  **ACCORDINGLY, IT IS ORDERED that:**

  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear in person** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

  2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

  **To: The Warden of the California Medical Facility:**

  **WE COMMAND** you to produce the inmate named above to appear in person at the time and place above, until completion of the proceedings, or as ordered by the court.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **January 26, 2023**

UNITED STATES MAGISTRATE JUDGE

