UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING,<br><br>    Plaintiff,<br><br> v.<br><br>M.D. BITER, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00414-JLT-SAB (PC)<br><br>[~~PROPOSED~~] ORDER AMENDING REVISED FINAL PRETRIAL ORDER TO INCLUDE ADDITIONAL DOCUMENTS AND EXHIBITS |

The Revised Final Pretrial Order is hereby amended to include the following discovery documents and exhibits:

**I. DEFENDANT'S DISCOVERY DOCUMENTS (EXPERT):**

Defendant's Expert Witness Disclosure dated October 14, 2022;

Expert Report of James Harden and Exhibits;

Expert Report of Donald E. Cornforth, M.D. and Exhibits;

Defendant's Rebuttal Expert Disclosure and Rebuttal Report of James Harden dated November 14, 2022; and

Plaintiff's Expert Witness Disclosure and Expert Report of Jay M. Aguas.

**II. DEFENDANT'S EXHIBITS**

 A. Photograph of Plaintiff and others making gang signs in 2017;

     B.     Inmate Record Summary for Plaintiff;

     C.     Kern Valley State Prison Initial Housing Review for Plaintiff dated April 1, 2008;

     D.     Salinas Valley State Prison Initial Housing Reviews for Plaintiff from 2005 and 2003;

     E.     California State Prison, Corcoran, Initial Housing Review for Plaintiff from 2002;

     F.     CV for Donald E. Cornforth, MD;

     G.     Delano Regional Medical Center records, including report of CT of the Head for Plaintiff, dated January 12, 2014;

     H.     Medical Report of Injury or Unusual Occurrence for Plaintiff dated January 12, 2014;

     I.     Primary Care Provider Progress Note for Plaintiff dated January 13, 2014;

     J.     Physician's Orders and Primary Care Progress Notes of Larry DiLeo, MD, dated January 22, 2014;

     K.     CDCR Form 7362 request for medical services for Plaintiff dated January 16, 2014;

     L.     Primary Care Progress Note for Plaintiff dated April 18, 2014; and

     M.     CSR Review Checklists.

IT IS SO ORDERED.

Dated: **February 7, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE