UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNEL KING,<br><br>               Plaintiff,<br><br>v.<br><br>M.D. BITER,<br><br>               Defendant. | Case No. 1:15-cv-00414-JLT-SAB (PC)<br><br>**AMENDED** ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE TEBOW LOCKLIN**, CDCR # T-23959<br><br>START DATE: February 28, 2023<br>TIME:  1:30 p.m.-5:00 p.m.<br><br>THEREAFTER Starting on March 1, 2023, from 8:00 a.m. – 1:30 p.m. until excused, for up to five business days. |

      **Inmate Tebow Locklin, CDCR # T-23959**, a necessary and material witness in the above-captioned jury trial set to commence February 28, 2023, at 8:30 a.m., is confined at the California State Prison, Los Angeles County (CSP-LAC), in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian **to be on standby to produce the inmate to appear by video conference (via Zoom) before U.S. District Judge Jennifer L. Thurston, starting at 1:30 pm on February 28, 2023 until 5:00 pm that day, and thereafter starting at 8:00 a.m. on March 1, 2023,** until the inmate is excused, for up to five additional business days between the hours of 8:00 a.m. and 1:30 p.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      **To: California State Prison, Los Angeles County:**

      **WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

    Dated:   **February 14, 2023**

                                                          /s/ Jennifer L. Thurston
                                                          UNITED STATES DISTRICT JUDGE