# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNEL KING, | Case No. 1:15-cv-00414-JLT-SAB (PC) |
| Plaintiff, | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| M.D. BITER, | |
| Defendant. | |

**Inmate William Mathis, CDCR # J42099**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **March 1, 2023**

UNITED STATES DISTRICT JUDGE

