# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNEL KING,<br><br>                Plaintiff,<br><br>v.<br><br>M.D. BITER,<br><br>                Defendant. | Case No. 1:15-cv-00414-JLT-SAB (PC)<br><br>ORDER DISCHARTING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

**Inmate Chad Elie, CDCR # F39499**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **March 1, 2023**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

